F. G. Book et al. *v.* M. J. Day & Robert C. Sharpe.
Appeal of Whitney, Wabel & Co.

Argued Oct. 17, 1898. Appeal, No. 45, Oct. T., 1898, by
Whitney, Wabel & Co., from order of C. P. Lawrence Co.,
March T., 1898, No. 1, discharging rule for interpleader. Be-
fore GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and
FELL, JJ. Reversed.

OPINION BY MR. JUSTICE MITCHELL, January 2, 1899:

This case was argued with Claflin's Appeal, opinion filed
herewith, ante, p. 44, and for the reasons there given the order
of the court below is reversed, and the rule for an issue rein-
stated and made absolute, costs to abide the final judgment.